IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,                                No. CIV S-11-2215 KJM EFB

     vs.

KRITAEN MCCULLEY, et al.,

     Defendants.                            <u>ORDER</u>

                                /

     This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1) for hearing on plaintiff's motion for entry of default judgment against defendants Kritaen McCulley dba Green Jade Massage, Sonia Adams dba Mrs. Sara, Vinod Sharma, Rajminder Sharma, Om Kapoor, and Anjana Kapoor. On February 29, 2012, a hearing on the motion was held. Plaintiff Scott Johnson, an attorney, appeared at the hearing and represented himself; defendants Kritaen McCulley and Sonia Adams appeared at the hearing and represented themselves; and no appearance was made on behalf of the remaining defendants.

     At the hearing, after two of the defendants expressed a desire to defend this action, plaintiff withdrew the motion for default judgment. Accordingly, plaintiff's motion for default judgment, Dckt. No. 18, is denied without prejudice. Additionally, at the hearing, plaintiff

1  indicated that he would stipulate to allowing the two appearing defendants additional time to file
2  an answer to the complaint.  In light of that stipulation, the clerk's entries of default against
3  defendants Kritaen McCulley and Sonia Adams, Dckt. No. 8, are set aside.  Defendants Kritaen
4  McCulley and Sonia Adams shall file a response to plaintiff's complaint within thirty days of the
5  date of this order.
6      The Clerk of Court is directed to serve a copy of this order on Kritaen McCulley at 2860
7  Florin Road, Sacramento, CA 95822, and a copy on Sonia Adams at 2860 Florin Road,
8  Sacramento, CA 95822.
9      SO ORDERED.
10  DATED:  March 1, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE